1  Todd M. Friedman (SBN 216752)
   Thomas E. Wheeler (SBN 308789)
2  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
   Woodland Hills, CA 91367
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY VIDRIO, individually and on behalf of all others similarly situated, | Case No. 1:17-cv-00407-DAD-EPG |
| Plaintiff | STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION TO DISMISS BY 30 DAYS |
| v. | |
| RASH CURTIS & ASSOCIATES, | [[Proposed] Order Lodged Concurrently Herewith] |
| Defendant | |

## STIPULATION

Plaintiff AMY VIDRIO ("Plaintiff") and Defendant RASH CURTIS & ASSOCIATES ("Defendant") hereby stipulate and agree that good cause exists for extending Plaintiff's Time to file a joint stipulation to dismiss within 30 days.

WHEREAS, Plaintiff filed her notice of settlement on January 9, 2018;

WHEREAS, Plaintiff seeks the additional thirty (30) days extension on its time to file the request for dismissal to permit time to finalize the settlement agreement;

1 WHEREAS, the Parties jointly stipulate to and request of this Honorable Court that it grant a thirty (30) day extension on Plaintiff's time to file her stipulation to dismiss the case.

WHEREAS, this stipulation is made for good cause and not for the purpose of delay;

Respectfully Submitted,

Dated: March 14, 2018   ELLIS LAW GROUP, LLP

                                    s/ David E. Castro _____
                                        **David E. Castro**

Attorney for Defendant,

                                    RASH CURTIS & ASSOCIATES

Dated: March 14, 2018   LAW OFFICES OF TODD FRIEDMAN

                                    /s T. Friedman
                                    Todd Friedman, Esq.
                                    Attorney for Plaintiff,
                                    AMY VIDRIO

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated**:** March 14th, 2018            **Law Offices of Todd M. Friedman, P.C.**

                                        By: /s/ Todd. M. Friedman____
                                            Todd. M. Friedman, Esq.
                                            Attorneys for Plaintiff

1  Filed electronically on this 14th Day of March, 2018, with:

2  United States District Court CM/ECF system

3  Notification sent electronically on this 14th Day of March, 2018, to:

4
5  Honorable Judge Of
   United States District Court
6  EASTERN DISTRICT of California

7  And all attorneys on ECF.

8
   s/Todd. M. Friedman
9  Todd. M. Friedman

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28