# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY VIDRIO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>  v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>    Defendant | Case No. 1:17-cv-00407-DAD-EPG<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE DISMISSAL DOCUMENTS BY THIRTY DAYS<br><br>(ECF NO. 14) |

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered that the time to file dismissal documents is extended to April 16, 2018.

IT IS SO ORDERED.

    Dated: __**March 15, 2018**__            /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE