Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY VIDRIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RASH CURTIS & ASSOCIATES, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. **1:17-cv-00407-EPG**<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

1
2  ///
3           Respectfully submitted this 13th Day of April, 2018,
4
5                        By: s/Todd M. Friedman Esq.
                              Todd M. Friedman
6                            Attorney for Plaintiff
7
8                        By: s/ *David Castro*
                              David Castro
9
10                          Attorney for Defendant

Filed electronically on this 13th Day of April, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the
United States District Court
EASTERN DISTRICT of California

And all counsel registered on ECF.

This 13th Day of April, 2018.

s/Todd M. Friedman .
Todd M. Friedman .