# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY VIDRIO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>RASH CURTIS & ASSOCIATES, and DOES 1 through 10, inclusive, and each of them,<br><br>        Defendants. | Case No. 1:17-cv-00407-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 16) |

Pursuant to the stipulation of the parties, (ECF No. 16), this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, AMY VIDRIO, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated: **April 16, 2018**                              /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE